UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David J. Fournier, III

    v.                                Civil No. 08-cv-398-JL

Lakeshore Estates
Associates, LLC

**ORDER AFTER PRELIMINARY
PRETRIAL CONFERENCE**

The Preliminary Pretrial Conference was held in chambers on November 24, 2008.

The Discovery Plan (document no. 7) is approved as submitted.

Based on the discussions between the court and counsel at the conference, ¶¶ 5, 6, 7, and 32 of the Complaint are deemed admitted, while ¶ 11 is deemed denied, without prejudice to amendment if warranted by the evidence.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: November 25, 2008

cc: V. Richards Ward, Jr., Esq.
    Valerie C. Samuels, Esq.
    John-Mark Turner, Esq.